# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER B. BAYOT,<br><br>　　　　Plaintiff<br><br>v.<br><br>NV BOARD OF PRISON COMMISSIONERS, et al.,<br><br>　　　　Defendants | Case No.: 2:18-cv-01420-JAD-BNW<br><br>**Order Extending Stay** |

On December 4, 2019, the Court issued a screening order in this case.[1] The screening order stayed the case for 90 days to allow for Alexander Bayot and the Office of the Attorney General to conduct settlement discussions. But the order inadvertently omitted language directing the Clerk of the Court to electronically serve the Office of the Attorney General. As a result, it appears that the Attorney General's Office did not receive service of the Court's screening order or Plaintiff's complaint.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed **FILE** the complaint (ECF No. 1-1).

IT IS FURTHER ORDERED that the **stay in this case will remain in place until April 13, 2020,** to allow the plaintiff and the defendants an opportunity to settle their dispute before an answer is filed, or the discovery process begins. The Office of the Attorney General must file the report form attached to this order regarding the results of the 90-day stay by April 13, 2020, even if a stipulation for dismissal is entered before the end of the stay.

---

[1] ECF No. 7.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to electronically **SERVE** a copy of this order, a copy of the Court's screening order (ECF No. 7), and a copy of Plaintiff's complaint (ECF No. 1-1) on the Office of the Attorney General of the State of Nevada, by adding the Attorney General of the State of Nevada to the docket sheet. This does not indicate acceptance of service.

IT IS FURTHER ORDERED that **the Attorney General's Office must advise the Court within 21 days of this order whether it will enter a limited notice of appearance on behalf of defendants** for the purpose of settlement. The filing of the limited notice of appearance will not constitute waiver of any defense or objection.

Dated: January 13, 2020

_____
U.S. District Judge Jennifer A. Dorsey

|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **DISTRICT OF NEVADA** |

| | |
|---|---|
| ALEXANDER B. BAYOT,<br><br>    Plaintiff<br><br>v.<br><br>NV BOARD OF PRISON<br>COMMISSIONERS, et al.,<br><br>    Defendants | Case No.: 2:18-cv-01420-JAD-BNW<br><br><br>**Attorney General's Report of<br>Results of 90-Day Stay** |

**NOTE: This form must be filed only by the Office of the Attorney General.
The inmate plaintiff MUST NOT file this form.**

On January 13, 2020, the Court ordered the Office of the Attorney General of the State of Nevada to file its 90-day report by April 13, 2020. By filing this form, the Office of the Attorney General hereby complies with that order.

**REPORT FORM**

[Identify which of the following two situations (identified in bold type) describes the case, and follow the instructions corresponding to the proper statement.]

**Situation One: Mediated Case**: **The case was assigned to mediation by a court-appointed mediator during the 90-day stay.** [If this statement is accurate, check **ONE** of the six statements below and fill in any additional information as required, then proceed to the signature block.]

    ____ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have reached a settlement (*even if paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in the case until a specified date upon which they will file a stipulation of dismissal.*)

    ____ A mediation session with a court-appointed mediator was held on _____ [*enter date*], and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

    ____ No mediation session with a court-appointed mediator was held during the 90-day stay, but the parties have nevertheless settled the case. (*If this box is checked, the parties are on notice that they must SEPARATELY file a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in*

1

| | |
|---|---|
| 1 | *this case until a specified date upon which they will file a stipulation of dismissal.*) |
| 2 | ____ No mediation session with a court-appointed mediator was held during the 90-day stay, but one is currently scheduled for _____ [*enter date*]. |
| 3 | |
| 4 | ____ No mediation session with a court-appointed mediator was held during the 90-day stay, and as of this date, no date certain has been scheduled for such a session. |
| 5 | ____ None of the above five statements describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case. |

\* \* \* \* \*

**Situation Two: Informal Settlement Discussions Case**: **The case was NOT assigned to mediation with a court-appointed mediator during the 90-day stay; rather, the parties were encouraged to engage in informal settlement negotiations.** [If this statement is accurate, check **ONE** of the four statements below and fill in any additional information as required, then proceed to the signature block.]

____ The parties engaged in settlement discussions and as of this date, the parties have reached a settlement (*even if the paperwork to memorialize the settlement remains to be completed*). (*If this box is checked, the parties are on notice that they must SEPARATELY file either a contemporaneous stipulation of dismissal or a motion requesting that the Court continue the stay in this case until a specified date upon which they will file a stipulation of dismissal.*)

____ The parties engaged in settlement discussions and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

____ The parties have not engaged in settlement discussions and as of this date, the parties have not reached a settlement. The Office of the Attorney General therefore informs the Court of its intent to proceed with this action.

____ None of the above three statements fully describes the status of this case. Contemporaneously with the filing of this report, the Office of the Attorney General of the State of Nevada is filing a separate document detailing the status of this case.

Submitted this _____ day of _____, _____ by:

Signature: _____

Name: _____

Phone #: _____

Email: _____