UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER BAYOT,<br><br>　　　　Plaintiff<br><br>　v.<br><br>NEVADA BOARD OF PRISON COMMISSIONERS, *et al.*,<br><br>　　　　Defendants. | Case No.  2:18-cv-01420-JAD-BNW<br><br>AMENDED ORDER RESETTING INMATE EARLY MEDIATION CONFERENCE |

On July 24, 2020, this Court entered an order re-setting the Inmate Early Mediation Conference for Friday, September 25, 2020, to commence at 1:30 p.m., at the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.   That order continues to govern the inmate early mediation except as **MODIFIED** as follows:

- **All participants will attend the mediation by video conference**:
- Mediation statements must be submitted by September 21, 2020;
- If Plaintiff is incarcerated at a facility utilizing e-filing, Plaintiff shall request the law librarian scan his or her mediation brief, along with any exhibits, and email it to InmateMediationBrief@nvd.uscourts.gov.  If Plaintiff is at a facility not utilizing e-filing, he or she shall mail the mediation brief in an envelope clearly marked

/ / /

/ / /

/ / /

"Confidential, Contains Mediation Statement" to: Office of the Clerk, Attn: Sharon Hardin, Inmate Mediation Department, 333 Las Vegas Boulevard, South, Las Vegas, Nevada 89101.  The mediation brief must be received by the court **no later than Monday, September 21, 4:00 p.m.**

- Defendants' counsel must coordinate with the mediator for a direct submission of their mediation statement;
- By September 21, 2020, Defendants' counsel must email Sharon Hardin at Sharon_Hardin@nvd.uscourts.gov to provide the email addresses for each of the participants who will be appearing at the mediation for the defense;
- At a future date, Ms. Hardin will provide instructions for the defense to join the mediation by video; and
- Defendants' counsel must make the necessary arrangements for Plaintiff to appear by video conference and must coordinate with Ms. Hardin thereon.

**IT IS SO ORDERED.**

DATED this 17th day of September 2020.

_____
BRENDA N. WEKLER
UNITED STATES MAGISTRATE JUDGE