## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEXANDER BAYOT, | ) | |
| Plaintiff, | ) | Case No.: 2.18-cv-1420-JAD-BNW |
| | ) | **Order Granting** |
| | ) | **Motion for Extension of Time** |
| vs | ) | |
| | ) | ECF No. 22 |
| BRIAN SANDOVAL, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to Rule 6(b)(1)(a) of the Federal Rules of Civil Procedure, Plaintiff hereby requests an extension of time to respond to the Motion To Dismiss filed by Defendants herein, and as grounds for this Motion states as follows:

1. On Friday, December 11, 2020, Plaintiff received copy of the Court's Minute Order directing Plaintiff to file an Opposition to Defendants' Motion to Dismiss on or before Monday, December 14, 2020.

2. Plaintiff has not received a copy of Defendants' said Motion To Dismiss.

3. Plaintiff needs additional time to obtain said Motion, to review same and to prepare his Opposition.

4. This is particularly difficult for Plaintiff inasmuch as he tested positive for Covid-19 on December 7, 2020, and must self-quarantine for fourteen days.

5. Plaintiff has not requested any previous extensions and good cause exists for granting this Motion.

WHEREFORE, Plaintiff requests that he be granted an extension of time of fourteen days to respond to Defendants' Motion To Dismiss, and further requests that Defendants be directed to transmit electronically said Motion to Plaintiff at the address shown on Plaintiff's Notice of Change of Address (For Electronic Service).

DATED: December 11, 2020

*Alexander Bayot*

Alexander Bayot, Plaintiff

312 Borgato Ct

Las Vegas, Nevada 89145

(702) 302-0740

**Good cause appearing, IT IS SO ORDERED.**

**Plaintiff's deadline to respond to the Motion**

**to Dismiss [ECF no. 19] is EXTENDED to**

**12/29/2020.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 15, 2020