## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Alexander Bayot, <br><br>    Plaintiff <br><br> v. <br><br> Nevada Board of Prison Commissioners, et al., <br><br>    Defendants | Case No.: 2:18-cv-01420-JAD-BNW <br><br> **Order Dismissing Case** |

Plaintiff Alexander Bayot, a former inmate of the Nevada Department of Corrections (NDOC), brought this civil-rights action under 42 U.S.C. § 1983, seeking relief for events that occurred during his incarceration in various Nevada prisons.[1]  In January 2021, I permitted his claim under the Americans with Disabilities Act (ADA) to proceed.[2]  But on January 14, 2021, Bayot's wife filed a letter with the court, advising that Bayot had passed away on December 23, 2020.[3]  As no party has filed a timely notice of substitution, I dismiss his suit.

### Discussion

Under Federal Rule of Civil Procedure 25, "[if] a party dies and the claim is not extinguished, the court may order substitution of the proper party."[4]  If any party or the decedent's successor or representative wants to file a motion for substitution, it must be filed "within 90 days after service of a statement noting the death" or else "the action by or against the

---

[1] ECF No. 7 (screening order).
[2] ECF No. 24.
[3] ECF No. 25.
[4] Fed. R. Civ. P. 25(a).

decedent must be dismissed."[5] Any proper party who wished to substitute for Bayot in this case had until April 14, 2021, to file a motion. Because no motion for substitution was filed, I must dismiss Bayot's remaining ADA claim.

**Conclusion**

IT IS THEREFORE ORDERED that this action is **DISMISSED** under FRCP 25 for failure to substitute. The Clerk of Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
April 21, 2021

---

[5] *Id.*